IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWEY TERRY,

      Plaintiff,                    No. CIV S-10-0068 MCE GGH P

    vs.

JOHN HIVILAND, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff has filed a document entitled "First Request for Production of Documents." Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's September 15, 2010, request for production of documents will be placed in the court file and disregarded.

DATED: October 8, 2010

                                  /s/ Gregory G. Hollows

                                  UNITED STATES MAGISTRATE JUDGE

GGH:kly - terr0068.411

1