IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWEY TERRY,

    Plaintiff,                                          No. CIV S-10-0068 MCE GGH P

  vs.

JOHN HIVILAND, et al.,

    Defendants.                                        ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se seeks relief pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a motion for an entry of default, alleging that defendant failed to follow a court order to respond to a motion to compel.  This motion is denied as meritless, as defendant timely filed a response to the motion to compel on February 15, 2011.

        IT IS HEREBY ORDERED that plaintiff's motion for an entry of default (Doc. 37) is denied.

DATED: March 22, 2011

                                                    /s/ Gregory G. Hollows
                                                    UNITED STATES MAGISTRATE JUDGE

GGH: AB - terr0068.ord2

1