IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWEY TERRY,

    Plaintiff,             No. CIV S-10-0068 MCE GGH P

  vs.

JOHN HIVILAND, et al.,

    Defendants.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se sought relief pursuant to 42 U.S.C. § 1983. This case was closed on May 31, 2011. On June 21, 2011, plaintiff filed a motion for a certificate of appealability. A certificate of appealability is not required for a civil rights action brought pursuant to 42 U.S.C § 1983. <u>See</u> 28 U.S.C. § 2253. This motion is therefore vacated and will be disregarded.

        IT IS HEREBY ORDERED that plaintiff's motion (Doc. 48) is vacated and will be disregarded.

DATED: October 7, 2011

                                /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH: AB
terr0068.ord3

1