IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWEY TERRY,

      Plaintiff,                 No. CIV S-10-0068 MCE GGH P

    vs.

JOHN HIVILAND, et al.,

      Defendants.         <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se sought relief pursuant to 42 U.S.C. § 1983. This case was closed on May 31, 2011. On June 21, 2011, plaintiff filed a motion for a certificate of appealability. A certificate of appealability is not required for a civil rights action brought pursuant to 42 U.S.C § 1983. <u>See</u> 28 U.S.C. § 2253. This motion is therefore vacated and will be disregarded.

      IT IS HEREBY ORDERED that plaintiff's motion (Doc. 48) is vacated and will be disregarded.

DATED: October 7, 2011

                             /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

GGH: AB
terr0068.ord3

1